Edmondson (SBN 236105)
Ganz Law, P.C.
4660 NE Belknap Ct., Suite 221
P.O. Box 2200
Hillsboro, Oregon 97123
Tel.:         (503) 844-9009
Fax :         (503) 296-2172
E-mail: mail@ganzlaw.com

Attorney for the Plaintiff, Infinity Surfboards, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| Infinity Surfboards Incorporated, a California Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>Ethan Akins, an individual<br><br>and<br><br>Saltwaterdreams, Inc., a California Corporation<br><br>    Defendants | CASE SACV07-0835-CJC-MLGx<br><br>**ORDER FOR STIPULATED NOTICE OF DISMISSAL**<br><br>Judge: Honorable Cormac J. Carney |

Stipulated Notice and Order of Dismissal, Attorney Docket No. INF-1.002

1

**TO: ALL PARTIES AND COUNSELS OF RECORD.**

The Court having received Plaintiff's, Infinity Surfboards, Inc., and Defendants', Ethan Akins and Saltwaterdreams, Inc., Stipulation to Dismissal and good cause appearing,

IT IS HEREBY ORDERED that dismissal in the above-entitled cause of action may be entered.

DATED:  February 25, 2008

_____
Hon. Cormac J. Carney
United States District Court Judge

Stipulated Notice and Order of Dismissal, Attorney Docket No. INF-1.002

## PROOF OF SERVICE

I, Joseph A. Kong, declare:

I am a resident of the State of Oregon and over the age of eighteen years, and not a party to the within action; my business address is Ganz Law, P.C., 4660 NE Belknap Court, P.O. Box 2200, Hillsboro, Oregon 97123.

On February 27, 2008, I serviced the within document(s):

**STIPULATED NOTICE OF DISMISSAL and ORDER**

by placing the document(s) listed above in a sealed envelope with postage thereon prepaid, in the United States mail at Hillsboro, Oregon addressed as set forth below.

Ethan Akins
192 Arcade Drive
Ventura, CA 93003

Saltwaterdreams, Inc.
192 Arcade Drive
Ventura, CA 93003

Executed on February 27, 2008 in Hillsboro, Oregon.

_____
Joseph A. Kong